Case 1:23-mj-00290-ZMF   Document 1-1   Filed 1

Case No.1:23-mj-290
Assign to: Magistrate Judge Zia M.. Faruqui
Date: 11/1/2023
Description: COMPLAINT WITH ARREST WARRANT

## STATEMENT OF FACTS

On Saturday, October 28, 2023, at approximately 10:22 p.m. (EST), Special Police Officers with PChange Protective Services ("SPOs") were parked outside of the Capitol Park Plaza Apartments located at 201 I Street Southwest in Washington D.C. The Capitol Park Plaza Apartments are a large multi-story apartment building with a clear-glass lobby on the first floor.

According to the police report, SPOs were able to observe two individuals, one of them later identified to be Keith Jones (hereinafter the "Defendant" and the other individual, "Individual-1"), in the lobby of the apartment building and believed at the time that the Defendant was barred from the property.

While still in the lobby of the apartment building, SPOs approached the Defendant and Individual-1, and both began to run away. During the Defendant's flight, the Defendant attempted to toss a firearm and slipped in the process of doing so. The firearm fell on the floor of the lobby and discharged a round. The round struck a glass window of the leasing office and shattered the glass, as seen below.

 

Individual-1 dropped to the floor and surrendered to SPOs, while the Defendant got back up and continued fleeing out of the apartment building. The SPOs continued to chase the Defendant to around 234 I Street Southwest, Washington D.C., which is across the street from the Capitol Park Plaza Apartments. SPOs were able to detain the Defendant, using pepper spray, as he attempted to squeeze through a gate around 234 I Street Southwest. Once detained, the Defendant was brought back to the Capitol Park Plaza Apartments. Metropolitan Police Department officers arrived shortly thereafter, and placed the Defendant under arrest.

Officers and the Department of Forensic Sciences subsequently recovered one shell casing in the lobby of the apartment, and multiple bullet fragments from within the leasing office. The firearm tossed by the Defendant was also recovered in the lobby of the apartment, which was a black Smith & Wesson M&P 40 caliber pistol with serial number DVD4159. The firearm was equipped with a thirteen (13) round capacity magazine, loaded with nine (9) 40 caliber rounds in the magazine and one (1) 40 caliber round in the chamber.

There are no firearm or ammunition manufacturers in the District of Columbia and therefore, the firearm and ammunition in this case traveled in interstate commerce. A criminal

history check of the defendant revealed that he was previously convicted on January 3, 2020 in Prince George's County case number CT190746X of Robbery, which is a crime punishable by a term of imprisonment greater than one year.  In CT190746X, the Defendant was sentenced to ten (10) years execution of sentence suspended as to all but six (6) days, followed by three (3) years of supervised probation.  Therefore, the Defendant was aware at the time of his arrest in this case that he had a prior conviction for a crime punishable by more than one year.

Law enforcement subsequently recovered exterior and interior surveillance footage from Capitol Park Plaza Apartments.  Interior footage shows the Defendant walking with Individual-1 out of an elevator onto the lobby floor at around 10:22 p.m., as seen in the red circle below. The Defendant is observed wearing a distinctive black hooded sweatshirt with white floral patterns, the same sweatshirt the Defendant was arrested in when Metropolitan Police Department officers arrived.



The Defendant and Individual-1 are seen on surveillance walking towards the exit of the building until both turn around and begin walking down a different hallway.



The Defendant and Individual-1 are then seen on surveillance video taking flight, with SPOs both on the outside and the inside of the building following. The Defendant attempts to open a door at the end of the hallway and is unable to do so, at which point he and Individual-1 turnaround back towards the lobby.



The Defendant and Individual-1 then re-enter the lobby, where Individual-1 runs straight forward while the Defendant runs to the left (pictured on the right side of the surveillance footage. The Defendant then appears to produce a firearm with his left hand and attempt to throw it underneath an armchair. Surveillance footage shows a muzzle flash consistent with a firearm being discharged, and pursuing security guards react as if a round is being discharged. The Defendant is the only person in proximity to the pistol at the time it is discharged. The muzzle flash is circled

in red, below.



The firearm is then seen sliding over to the window on the right side of the lobby (pictured on the left side of the surveillance video), where it was ultimately recovered by the Department of Forensic Sciences once they arrived on scene. The firearm is seen circled in red, below.



Individual-1 is then seen on surveillance falling to the ground when the round is discharged and raising his hands to surrender. Meanwhile, the Defendant is seen running out of the apartment building towards 234 I Street Southwest, with numerous SPOs in pursuit behind him.



Approximately four minutes later, surveillance footage shows SPOs bringing the Defendant back to the front of the Capitol Park Plaza Apartments (as seen in the red circle below), where he was detained until Metropolitan Police Department Officers arrived and placed him under arrest.





BENJAMIN FULP
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 1st day of November, 2023.*

**ZIA M. FARUQUI**
U.S. MAGISTRATE JUDGE