AO 442 (Rev. 01/09) Arrest Warrant

FID# 10119470

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC PM8:09
RECEIVED NOV 1 '23

United States of America
v.

KEITH JONES

Defendant

)
)  Case No. 1:23-mj-290
)  Assign to: Magistrate Judge Zia M. Faruqui
)  Date: 11/1/2023
)  Description: COMPLAINT WITH ARREST WARRANT
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **KEITH JONES**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable of Imprisonment for a Term Exceeding One Year

Date: 11/01/2023

*Issuing officer's signature*

Zia M. Faruqui

City and state: Washington, DC

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/01/2023, and the person was arrested on *(date)* 11/02/2023
at *(city and state)* Washington D.C.

Date: 11/03/2023

*Arresting officer's signature*

Kenneth Keh DUSM
*Printed name and title*